IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01771-MSK-BNB

RECOGNICORP, LLC,

Plaintiff,

v.

LIBERTY MEDIA CORPORATION, a Delaware corporation,
STARZ ENTERTAINMENT, LLC, a Colorado limited liability company,
STARZ MEDIA LLC, a Delaware limited liability company,
STARZ, LLC, a Delaware limited liability company, AND
MANGA ENTERTAINMENT, LLC, a Delaware limited liability company,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Extend Time to Respond to Complaint and to Extend Deadlines in the Court's August 2, 2012 Order** [docket no. 19, filed August 20, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Defendants shall answer or otherwise respond to the plaintiff's Complaint on or before **October 23, 2012**.

IT IS FURTHER ORDERED that the Scheduling Conference set for September 24, 2012, is **vacated and reset to December 5, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **November 28, 2012**.  Parties are now to confer in accordance with Fed.R.Civ.P. 26(f) on or before **November 14, 2012**.  Parties are to comply with mandatory disclosure requirements of Fed.R.Civ.P. 26(a)(1) on or before **November 28, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  August 21, 2012